UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ILC 3

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) ) | |
| In the United States District Court for the Eastern District of Pennsylvania, | ) ) ) | Civil Action No. MDL 875 |
| This Document Relates To: <u>Central District of Illinois</u> <u>Urbana</u> Division | ) ) ) ) | |
| Larry J. Allen Cause No. 99-2209, John A. (JoAnn) Black, Jr., Cause No. 99-2268 Theodore (Annie) Brownlee Cause No. 02-2084, Alice M. Burton Cause No. 99-2213, Clifford A. Cochran Cause No. 00-2002, Leonard E. Colleen Cause No. 99-2141, James Coriell Cause No. 01-2069, Charles Cox Cause No. 00-3005, John Craddock Cause No.00-2023, George Cripe Cause No.00-2161, Jack Dalton Cause No.01-2014, Walker Dalton Cause No.00-2006, Frank S. Dubrovich Cause No. 99-2142, Terry Edwards Cause No. 99-2208, Erston Foust Cause No. 99-1295, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

| | |
|---|---|
| Ben Gabbard | ) |
| Cause No. 00-2015, | ) |
| Robert W. (Coralie) Gabbard | ) |
| Cause No. 99-2140, | ) |
| Robert Gabbard | ) |
| Cause No. 00-2007, | ) |
| Robert L. Garecht | ) |
| Cause No. 99-2184, | ) |
| August W. Goehring | ) |
| Cause No. 00-2126, | ) |
| Hollis Harrison | ) |
| Cause No. 00-2003, | ) |
| Bobby Hatfield | ) |
| Cause No. 00-2009, | ) |
| Michael H. Holden | ) |
| Cause No. 00-2125, | ) |
| Darrell D. Hulmes | ) |
| Cause No. 99-2206, | ) |
| Dale E. Johnson | ) |
| Cause No. 99-2214, | ) |
| John Johnson | ) |
| Cause No. 00-2012, | ) |
| Clyde Lamkin | ) |
| Cause No. 00-2001, | ) |
| Raymond Lamkin | ) |
| Cause No. 00-2008, | ) |
| Robert Marshall | ) |
| Cause No. 00-2342, | ) |
| Lee E. Morr | ) |
| Cause No. 00-2049, | ) |
| Larry Payton | ) |
| Cause No. 00-2344, | ) |
| Roy A. Pitchford | ) |
| Cause No. 00-2014, | ) |
| Donald Rasner | ) |
| Cause No. 00-2005, | ) |
| Gary L. Reinhardt | ) |
| Cause No. 99-2151, | ) |
| Robert L. Richardson | ) |
| Cause No.00-2013, | ) |
| Robert Riley | ) |
| Cause No. 00-1007, | ) |
| John A. Roberts | ) |
| Cause No. 00-2004, | ) |

| | |
|---|---|
| John L. Roberts | ) |
| Cause No. 00-2010, | ) |
| David L. Shepherd | ) |
| Cause No. 00-2054, | ) |
| Robert D. Tovey | ) |
| Cause No. 99-2178, | ) |
| Clarence L. Walker, Jr. | ) |
| Cause No.99-2207, | ) |
| Jess Walsch | ) |
| Cause No. 00-2011, | ) |
| George Washington | ) |
| Cause No. 00-2088, | ) |
| | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| INDUSTRIAL HOLDINGS CORPORATION | ) |
| f/k/a The Carborundum Company, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Comes now before the Court, Motion for Substitution of Counsel and Entry of Appearance filed by the Defendant, INDUSTRIAL HOLDINGS CORPORATION f/k/a The Carborundum Company, and good cause appearing:

IT IS THEREFORE ORDERED that said motion is GRANTED, and the law firm of Burroughs, Hepler, Broom, MacDonald, Hebrank & True, LLP is substituted for the firm of Joseph Stalmack & Associates, P.C.

DATED this 15th day of November, 2004.

_____
Judge

Charles R. Weiner