# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | | |
|---|---|---|
| ANNIE BROWNLEE, Individually and as Special Administrator for the Estate of THEODORE BROWNLEE, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Cause No. 2:02-cv-02084-CRW |
| A. C. AND S, Inc., a corporation, et al., | ) ) | MDL Docket 875 |
| Defendants. | ) | |

## STIPULATION FOR SUBSTITUTION OF COUNSEL

COMES NOW attorney Russell K. Scott, David W. Ybarra, and attorney Kent L. Plotner, and hereby stipulate and agree to the withdrawal of attorney Kent L. Plotner as counsel for defendant, Maremont Corporation, and to the substitution of Russell K. Scott and David W. Ybarra as counsel for said defendant.

**HEYL, ROYSTER, VOELKER & ALLEN**  **GREENSFELDER, HEMKER & GALE, P.C.**

/s/ Kent L. Plotner                                    /s/ David W. Ybarra
Kent L. Plotner, #06190470                     Russell K. Scott, #02533642
103 West Vandalia Street, Suite 100        David W. Ybarra, #6273280
P.O. Box 467                                            12 Wolf Creek Drive, Suite 100
Edwardsville, Illinois  62025-0467           Swansea (Belleville), Illinois  62226
Phone: (618) 656-7940                            Phone: (618) 257-7308
Fax:    (618) 656-4646                             Fax:    (618) 257-7353
                                                                 dwy@greensfelder.com

      I hereby certify that on January 26, 2006, I electronically filed defendant Maremont Corporation's Stipulation for Substitution of Counsel with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Michael P Cascino
mchamberlin@cvlo.com

Daniel G Donahue
dgd@herzogcrebs.com mpn@herzogcrebs.com

Mary Ann Hatch
mah@herzogcrebs.com jks@herzogcrebs.com

Daniel J O'Connell
Dan@djoalaw.com

Robert H Sands
robert.sands@ilmolaw.com docket@ilmolaw.com


and I hereby certify that on January 26, 2006, I mailed by United States Postal Service, the document to the following non-registered participants:

Barbara J Arison
FRANTZ WARD LLP
19th Fl
55 Public Sq
Cleveland, OH 44113-1999

Edward Casmere
SCHIFF HARDIN LLP
6600 Sears Tower
233 S Wacker Dr
Chicago, IL 60606-6473

Matthew J Fischer
SCHIFF HARDIN LLP
6600 Sears Tower
233 S Wacker Dr
Chicago, IL 60606-6473

Dennis J Graber
HINSHAW & CULBERTSON
Ste 300
521 W Main St
Belleville, IL 62222

Patrick F Haggerty
FRANTZ WARD LLP
19th Fl
55 Public Sq
Cleveland, OH 44113-1999

Jeffrey S Hebrank
BURROUGHS HEPLER BROOM MACDONALD HEBRANK & TRUE
103 W Vandalia Ste 300
P O Box 510
Edwardsville, IL 62025-0510

Mark D Johnson
JOHNSON & BELL LTD
Suite 4100
55 E Monroe St
Chicago, IL 60603

William V Johnson
JOHNSON & BELL LTD
Suite 4100
55 E Monroe St
Chicago, IL 60603

Jennifer Johnston
WILDMAN HARROLD ALLEN & DIXON LLP
225 W Wacker Dr
Suite 3000
Chicago, IL 60606-1229

Francis P Morrissey
SCHIFF HARDIN LLP
6600 Sears Tower
233 S Wacker Dr
Chicago, IL 60606-6473

Joseph J O'Hara, Jr
SCHIFF HARDIN LLP
6600 Sears Tower
233 S Wacker Dr
Chicago, IL 60606-6473

John J O'Sullivan
O'CONNELL & O'SULLIVAN PC
645 Tollgate Rd
Elgin, IL 60123

Kent L Plotner
HEYL ROYSTER VOELKER & ALLEN
PO Box 467
Edwardsville, IL 62025

Douglas L Prochnow
WILDMAN HARROLD ALLEN & DIXON LLP
225 W Wacker Dr
Suite 3000
Chicago, IL 60606-1229

Gary L Smith
HERZOG CREBS LLP
One City Centre
24th Floor
515 N Sixth St
St Louis, MO 63101

Robert Spitkovsky, Jr
JOHNSON & BELL LTD
Suite 4100
55 E Monroe St
Chicago, IL 60603

/s/ David W. Ybarra