BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) ) DOCKET NO. MDL 875 |

**THIS DOCUMENT RELATES TO:**

U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Annie Brownlee, for the Estate of Theodore, v. A. C. and S., Inc., et al., | CASE NO.   02CV2084 |
| James DeDecker v. A. C. and S., Inc., et al. | CASE NO.   02-4058 |

## ORDER

AND NOW, this 17th day of July, 2007, upon consideration of Defendant Asea Brown Boveri Inc.'s Motion to Dismiss for lack of personal jurisdiction and lack of service of process, and any responses thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED** and the Complaints are **DISMISSED WITH PREJUDICE** as to Asea Brown Boveri Inc. pursuant to Federal Rule of Civil Procedure 12(b)(2).

BY THE COURT:

_____ J.
James T. Giles