IL021

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS



FILED
SEP 0 6 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

| | |
|---|---|
| Annie Brownlee, for the Estate of Theodore,<br><br>    Plaintiff,<br><br>vs.<br><br>A. C. and S., Inc., et al.<br><br>    Defendants. | Case No. 02CV2084<br><br>NOTICE OF CHANGE OF ADDRESS<br>-AND-<br>NOTICE OF FILING OF VOLUNTARY PETITION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE BY DEFENDANT THE FLINTKOTE COMPANY AND NOTICE OF AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(a) ENJOINING CONTINUATION OF THIS CASE |

    PLEASE TAKE NOTICE that the address of Frantz Ward LLP has changed to: Frantz Ward LLP, 2500 Key Center, 127 Public Square, Cleveland, Ohio 44114-1230; and

    PLEASE TAKE NOTICE THAT on May 1, 2004, The Flintkote Company ("Flintkote"), one of the defendants in the captioned action(s), filed a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware, Case No. 04-11300. Pursuant to 11 U.S.C. § 362(a)(1), the continuation of the captioned case is automatically stayed. Section 362(a)(1) of the Bankruptcy Code provides that the filing of a Chapter 11 petition automatically stays:

> the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title.

11 U.S.C. § 362(a)(1).

Dated: September 4, 2007

OF COUNSEL:

Jack L. Block, Esq.
Sachnoff & Weaver, Ltd.
30 South Wacker Drive, 29th Floor
Chicago, IL 60606-7484

Respectfully submitted,

_[signature]_

Barbara J. Arison (0018554)
Patrick F. Haggerty (0019703)
**FRANTZ WARD LLP**
2500 Key Center, 127 Public Square
Cleveland, Ohio 44114-1230
216.515.1660 (phone); 216.515.1650 (fax)
barison@frantzward.com
haggerty@frantzward.com

**CERTIFICATE OF SERVICE**

    A copy of the foregoing NOTICE was served on counsel for plaintiff via U.S. mail, postage prepaid, this 4th day of September, 2007.

_[signature]_
Barbara J. Arison