E-FILED
Monday, 15 October, 2007 02:02:21 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | |
| This Document Relates To:<br><br>Cases from the law firm of Cascino Vaughan Law Offices, Ltd.<br><br>U.S. DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS<br>Brownlee v. AC and S, Inc., Case No. 02-2084 | Civil Action No. MDL 875 |

**MOTION TO APPOINT SPECIAL ADMINISTRATOR**

NOW COMES plaintiff, Annie Brownlee, by and through her attorneys, CASCINO VAUGHAN LAW OFFICES, LTD. and pursuant to Rule 25 (a) of the Federal Rules of Civil Procedure, moves this Honorable Court to enter an order to appoint her Special Administrator on behalf of Theodore Brownlee , deceased, to litigate the above-captioned matter, and to change the above caption to reflect the same, and, in support thereof, states as follows:

1. Plaintiff, Theodore Brownlee , died on 07/10/2000, pursuant to State of Illinois Medical Death Certificate attached hereto.

2. No estate has been opened as of this date.

3. A motion to appoint Annie Brownlee was previously filed with the court, but no order has been entered as of this date.

4. Annie Brownlee is the wife of Theodore Brownlee and plaintiff in her own right in the instant matter.

WHEREFORE, plaintiff, Annie Brownlee, moves this Honorable Court to enter an order appointing her Special Administrator for the purpose of litigating this cause, and changing the caption to read: Annie Brownlee, individually and as special administrator of the estate of Theodore Brownlee , deceased, Plaintiff v. A C and S., Inc., et. al., Defendants.

Respectfully submitted,

By: ______________________
One of Plaintiff's Attorneys

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)

I HEREBY CERTIFY THAT THE foregoing is a true and correct copy of the death record for the decedent in ITEM 1 and that this record was established and filed in my office in accordance with the provisions of the Illinois Statutes relating to the registration of births, deaths and fetal deaths.

CHAMPAIGN, IL DATE: *September 20, 2000* — *Dave King*

OFFICIAL TITLE - LOCAL REGISTRAR

REGISTRATION DISTRICT NO. *10.0*

REGISTERED NUMBER *1029*

STATE OF ILLINOIS

# MEDICAL CERTIFICATE OF DEATH

STATE FILE NUMBER

1. DECEASED—NAME: FIRST *Theodore* MIDDLE LAST *Brownlee*
2. SEX: *Male*
3. DATE OF DEATH (MONTH, DAY, YEAR): *September 10, 2000*
4. COUNTY OF DEATH: Champaign
5a. AGE—LAST BIRTHDAY (YRS): 67 — 5b. UNDER 1 YEAR: MOS. DAYS — 5c. UNDER 1 DAY: HOURS MIN.
5d. DATE OF BIRTH (MONTH, DAY, YEAR): June 03, 1933
6a. CITY, TOWN, TWP, OR ROAD DISTRICT NUMBER: Urbana
6b. HOSPITAL OR OTHER INSTITUTION—NAME (IF NOT IN EITHER, GIVE STREET AND NUMBER): Carle Foundation
6c. IF HOSP. OR INST. INDICATE D.O.A. OP/EMER. RM. INPATIENT (SPECIFY): Inpatient
7. BIRTHPLACE (CITY AND STATE OR FOREIGN COUNTRY): Clay County, MS
8a. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (SPECIFY): Married
8b. NAME OF SURVIVING SPOUSE (MAIDEN NAME, IF WIFE): Annie Clifton
9. WAS DECEASED EVER IN U.S. ARMED FORCES? (YES/NO): No
10. SOCIAL SECURITY NUMBER: 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
11a. USUAL OCCUPATION: Labor
11b. KIND OF BUSINESS OR INDUSTRY: Factory
12. EDUCATION (SPECIFY ONLY HIGHEST GRADE COMPLETED) Elementary/Secondary (0-12): 12 — College (1-4 or 5+):
13a. RESIDENCE (STREET AND NUMBER): 1204 N. 6th St.
13b. CITY, TOWN, TWP, OR ROAD DISTRICT NO.: Champaign
13c. INSIDE CITY (YES/NO): Yes
13d. COUNTY: Champaign
13e. STATE: Illinois
13f. ZIP CODE: 61820
14a. RACE (WHITE, BLACK, AMERICAN INDIAN, etc.) (SPECIFY): Black
14b. OF HISPANIC ORIGIN? (SPECIFY NO OR YES—IF YES, SPECIFY CUBAN, MEXICAN, PUERTO RICAN, etc.): ☒ NO ☐ YES SPECIFY:
15. FATHER—NAME: FIRST L. MIDDLE G. LAST Brownlee
16. MOTHER—NAME: FIRST Alice MIDDLE (MAIDEN) LAST Scott
17a. INFORMANT'S NAME (TYPE OR PRINT): Annie Brownlee
17b. RELATIONSHIP: Wife
17c. MAILING ADDRESS (STREET AND NO. OR R.F.D., CITY OR TOWN, STATE, ZIP): 1204 N. 6th St. Champaign, Il

18. PART I. Enter the diseases, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line.

Immediate Cause (Final disease or condition resulting in death) → (a) *Non small cell lung cancer* — APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH: *~1yr*

DUE TO, OR AS A CONSEQUENCE OF

CONDITIONS, IF ANY WHICH GIVE RISE TO IMMEDIATE CAUSE (a) STATING THE UNDERLYING CAUSE LAST. (b)

DUE TO, OR AS A CONSEQUENCE OF (c)

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

19a. AUTOPSY (YES/NO): No
19b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? (YES/NO):
20a. DATE OF OPERATION, IF ANY:
20b. MAJOR FINDINGS OF OPERATION:
20c. IF FEMALE, WAS THERE A PREGNANCY IN PAST THREE MONTHS? YES ☐ NO ☐
21a. I (DID) (DID NOT) ATTEND THE DECEASED AND LAST SAW HIM/HER ALIVE ON (MONTH, DAY, YEAR): *9/10/00*
21b. WAS CORONER OR MEDICAL EXAMINER NOTIFIED? (YES/NO): No
21c. HOUR OF DEATH: *1911 7:11 PM.*

TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE TIME, DATE AND PLACE AND DUE TO THE CAUSE(S) STATED.

22a. SIGNATURE ▶ *[signature]*
22b. DATE SIGNED (MONTH, DAY, YEAR): *9/13/00*
22c. NAME AND ADDRESS OF CERTIFIER (TYPE OR PRINT): Dr. Roland Carle Foundation
22d. ILLINOIS LICENSE NUMBER: *036-065711*
23. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (TYPE OR PRINT):

NOTE: IF AN INJURY WAS INVOLVED IN THIS DEATH THE CORONER OR MEDICAL EXAMINER MUST BE NOTIFIED.

24a. BURIAL, CREMATION, REMOVAL (SPECIFY): Burial
24b. CEMETERY OR CREMATORY—NAME: Lincoln Mem.Gardens
24c. LOCATION (CITY OR TOWN, STATE): Urbana, Illinois
24d. DATE (MONTH, DAY, YEAR): Sept.16,2000
25a. FUNERAL HOME (NAME, STREET AND NUMBER OR R.F.D., CITY OR TOWN, STATE, ZIP): Twin City Memorial Chapel 1203 N. Market St. Champaign, Il 61820
25b. FUNERAL DIRECTOR'S SIGNATURE ▶ *[signature]*
25c. FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER: 034-014958
26a. LOCAL REGISTRAR'S SIGNATURE ▶ *Dave King*
26b. DATE FILED BY LOCAL REGISTRAR (MONTH, DAY, YEAR): *September 20, 2000*

VR200 (Rev. 5/89) — Illinois Department of Public Health—Division of Vital Records — (BASED ON 1989 U.S. STANDARD CERTIFICATE)

CERTIFICATE OF SERVICE
FOR CASE NO. 02-2084

I hereby certify that on October 15, 2007, I sent for filing with the Clerk of the United States District Court for the Eastern District of Pennsylvania, and electronically filed the foregoing with the United States District Court for the Central District of Illinois using the CM/ECF system which will send notification of such filing to the following:

Daniel G Donahue, dgd@herzogcrebs.com,mpn@herzogcrebs.com
Matthew J Fischer, mfischer@schiffhardin.com,edocket@schiffhardin.com
Mary Ann Hatch, mah@herzogcrebs.com,jks@herzogcrebs.com
Daniel J O'Connell, Dan@djoalaw.com
Robert H Sands, robert.sands@ilmolaw.com,docket@ilmolaw.com
Robert Spitkovsky , Jr,spitkovsky@jbltd.com,wilsonb@jbltd.com
David W Ybarra, dwy@greensfelder.com,dke@greensfelder.com

and I mailed by United States Postal Service copies to the following non-CM/ECF participants:

Barbara J Arison
Patrick F Haggerty
FRANTZ WARD LLP
2500 Key Center
127 Public Square
Cleveland, OH 44114-1230

Edward Casmere
Francis P Morrissey
SCHIFF HARDIN LLP
6600 Sears Tower
233 S Wacker Dr
Chicago, IL 60606-6473

Dennis J Graber
HINSHAW & CULBERTSON
Ste 300
521 W Main St
Belleville, IL 62222

Jeffrey S Hebrank
HEPLER BROOM
Suite 300
103 W Vandalia
Edwardsville, IL 62025-0510

Mark D Johnson
William V Johnson
JOHNSON & BELL LTD
Suite 4100
55 E Monroe St
Chicago, IL 60603

Jennifer Johnston
Douglas L Prochnow
WILDMAN HARROLD ALLEN & DIXON LLP
225 W Wacker Dr
Suite 3000
Chicago, IL 60606-1229

John J O'Sullivan
O'CONNELL & O'SULLIVAN PC
645 Tollgate Rd
Elgin, IL 60123

Kent L Plotner
HEYL ROYSTER VOELKER & ALLEN
PO Box 467
Edwardsville, IL 62025

Russell K Scott
GREENSFELDER HEMKER & GALE
Suite 100
12 Wolf Creek Dr
Belleville, IL 62226

Gary L Smith
HERZOG CREBS LLP
One City Centre
24th Floor
515 N Sixth St
St Louis, MO 63101

Mike Cascino

Michael P. Cascino
Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago, IL 60607
(312) 944-0600